**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NAVDEEP SINGH,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-1733-PRW |

# ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for his detention. On September 30, 2026, Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Dkt. 11) recommending that the Court deny Petitioner's Petition.

The Report and Recommendation (Dkt. 11) advised the parties of their right to object on or before October 7, 2026.[1] No party filed an objection to the Report and Recommendation. In the absence of a timely objection, the Court reviews the Report and Recommendation to confirm that there is no plain error on the face of the record.[2] Finding none, the Court agrees with Judge Erwin's analysis and conclusions.

[1] R. & R. (Dkt. 11), at 9.

[2] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

For the foregoing reasons, the Court **ADOPTS** the Report and Recommendation (Dkt. 11) and **DENIES** the Petition (Dkt. 1).

**IT IS SO ORDERED** this 14th day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE